BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-CV-00477-GEB-DAD |
| Plaintiff, | |
| v. | APPLICATION AND ORDER FOR PUBLICATION |
| VACANT LAND LOCATED IN FOREST RANCH, CALIFORNIA, BUTTE COUNTY, APN: 063-010-067-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| VACANT LAND LOCATED ON DOE MILL ROAD, FOREST RANCH, CALIFORNIA, BUTTE COUNTY, APN: 063-010-061-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, AND | |
| VACANT LAND LOCATED ON DOE MILL ROAD, FOREST RANCH, CALIFORNIA, BUTTE COUNTY, APN: 063-300-144-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendants. | |

The United States of America applies for an order of publication as follows:

1. Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the United

1  States shall cause public notice of the action to be given in a newspaper of general
2  circulation or on the official internet government forfeiture site;
3      2. Local Rule 171, Eastern District of California, provides that the Court shall
4  designate by order the appropriate newspaper or other vehicle for publication;
5      3. The defendant real properties are located in the city of Forest Ranch, Butte
6  County, California;
7      4.    The United States proposes that publication be made as follows:
8          a.    One publication;
9          b.    Thirty (30) consecutive days;
10         c.    On the official internet government forfeiture site
11 www.forfeiture.gov;
12         d.    The publication is to include the following:
13             (1)    The Court and case number of the action;
14             (2)    The date of the seizure/posting;
15             (3)    The identity and/or description of the property seized/posted;
16             (4)    The name and address of the attorney for the United States;
17             (5)    A statement that claims of persons entitled to possession or
18 claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court
19 and served on the attorney for the United States no later than 60 days after the first
20 day of publication on the official internet government forfeiture site; and
21             (6)    A statement that answers to the Complaint or a motion
22 under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1 and served within 21 days after the filing of the claims and, in the absence thereof,
2 default may be entered and condemnation ordered.

3 Dated:  2/23/2012               BENJAMIN B. WAGNER
                                   United States Attorney
4
5                                  By:   /s/ Kevin C. Khasigian
                                         KEVIN C. KHASIGIAN
6                                        Assistant U.S. Attorney
7

8                               **ORDER**

9       IT IS SO ORDERED.
10 DATED: February 24, 2012.
11
12                              _____
                                DALE A. DROZD
13                              UNITED STATES MAGISTRATE JUDGE
14
15
   DDAD1\orders.civil\USvVacantLand.0477.pub.ord.wpd
16
17
18
19
20
21
22
23
24
25
26
27
28

                                  3                    Application and Order for Publication