1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 2:12-CV-00477-GEB-DAD |
| 12                Plaintiff, | ) | |
| 13      v. | ) | |
| 14 VACANT LAND LOCATED IN FOREST RANCH, CALIFORNIA, BUTTE COUNTY, APN: 063-010-067-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL., | ) | |
| 17                Defendants. | ) | RELATED CASE ORDER |
| UNITED STATES OF AMERICA, | ) | |
| 18                Plaintiff, | ) | |
| 19      v. | ) | Case No. 2:12-CR-00185 JAM |
| 20 ROBB CHEAL, RYAN CHEAL, ROBERT CARRILLO, and NADEEM KHAN, | ) | |
| 22                Defendants. | ) | |

     Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

1

PDF created with pdfFactory trial version www.pdffactory.com

1   The parties should be aware that relating the cases under
2 Local Rule 123 merely has the result that these actions are
3 assigned to the same judge; no consolidation of the actions is
4 effected.  Under the regular practice of this court, related cases
5 are generally assigned to the judge to whom the first filed action
6 was assigned.
7   IT IS THEREFORE ORDERED that the action denominated 2:12-CV-
8 00477-GEB-DAD be reassigned to Judge John A. Mendez for all further
9 proceedings, and any dates currently set in this reassigned case
10 only are hereby VACATED.  Henceforth, the caption on documents
11 filed in the reassigned case shall be shown as 2:12-CV-00477-JAM-
12 DAD.
13   IT IS FURTHER ORDERED that the Clerk of the Court make
14 appropriate adjustment in the assignment of civil cases to
15 compensate for this reassignment.
16   IT IS SO ORDERED.
17 Dated:  May 30, 2012

/s/ John A. Mendez_____
U. S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com