1 BENJAMIN B. WAGNER
United States Attorney
2 KEVIN C. KHASIGIAN
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916)554-2700

5 Attorneys for the United States

6

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

| 11 UNITED STATES OF AMERICA, | 2:12-CV-00477-JAM-DAD |
|---|---|
| 12         Plaintiff, | |
| 13    v. | REQUEST FOR EXTENSION OF STAY OF FURTHER PROCEEDINGS |
| 14 VACANT LAND LOCATED IN FOREST RANCH, CALIFORNIA, BUTTE | AND ORDER |
| 15 COUNTY, APN: 063-010-067-000, INCLUDING ALL APPURTENANCES | |
| 16 AND IMPROVEMENTS THERETO, et al., | |
| 17 | |
| 18         Defendants. | |
| 19 | |

20

21         The United States and Frances Toburen, Robb H. Cheal and Linda C. Barnes,

22 Butte County Tax Collector (hereafter referred to collectively as "claimants") submit

23 the following Request for Extension of Stay of Further Proceedings and Proposed

24 Order.

25         This matter was previously stayed on June 11, 2012 based on the on-going

26 criminal investigation into marijuana cultivation at the defendant property.  To date,

27 several individuals have been charged with federal criminal crimes related to

28 marijuana cultivation at the defendant property, *United States v. Robb Cheal, et al.*,

1   2:12-CR-00185-JAM.

2       1.      Each of the claimants has filed a claim and answer to the defendant

3   property.

4       2.      The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2), and 21

5   U.S.C. § 881(i).  The United States contends that the defendant property was used to

6   facilitate the cultivation of marijuana.

7       3.      If discovery proceeds at this time, at least one of the claimants will be

8   placed in the difficult position of either invoking their Fifth Amendment rights against

9   self-incrimination and losing the ability to pursue their claims to the defendant

10  property, or waiving their Fifth Amendment rights and submitting to a deposition and

11  potentially incriminating themselves.  If they invoke their Fifth Amendment rights,

12  the United States will be deprived of the ability to explore the factual basis for the

13  claims they filed with this court.

14      4.      In addition, claimants intend to depose, among others, the agents

15  involved with this investigation, including but not limited to the agents with the Drug

16  Enforcement Administration and the Internal Revenue Service.  Allowing depositions

17  of the law enforcement officers at this time would adversely affect the ability of the

18  federal authorities to investigate the alleged underlying criminal conduct.

19      5.      The parties recognize that proceeding with these actions at this time has

20  potential adverse effects on the investigation of the underlying criminal conduct and/or

21  upon the claimants' ability to prove their claim to the property and to assert any

22  defenses to forfeiture.  For these reasons, the parties jointly request that these matters

23  be stayed until October 27, 2012, in accordance with the terms of this stipulation.  At

24  that time the parties will advise the court of the status of the criminal investigation, if

25  ///

26  ///

27  ///

28  ///

2   Request for Extension of Stay of Further Proceedings and Proposed Order

1   any, and will advise the court whether a further stay is necessary.

2

3   Dated: 7/26/12                           BENJAMIN B. WAGNER
                                             United States Attorney

4

5                                    By:    /s/ Kevin C. Khasigian
                                            KEVIN C. KHASIGIAN
6                                           Assistant U.S. Attorney

7

8   Dated: 7/26/12                          /s/ Karen Goodman
                                            KAREN GOODMAN
9                                           Attorney for Claimant Frances Toburen
                                            As authorized on 7/26/12

10

11  Dated: 7/24/12                          /s/ Brad J. Stephens
                                            BRAD J. STEPHENS
12                                          Attorney for Claimant Linda C. Barnes,
                                            Butte County Tax Collector
13                                          (Original signature retained by attorney)

14  Dated: 7/26/12                          /s/ John J. Feury
                                            JOHN J. FEURY
15                                          Attorney for Claimant Robb H. Cheal
                                            As authorized on 7/26/12

16

17

18

19

20

21

22

23

24

25

26

27

28

3     Request for Extension of Stay of Further Proceedings and
                                                        Proposed Order

1

## **ORDER**

2       For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§

3   981(g)(1), 981(g)(2), and 21 U.S.C. § 881(i) until October 27, 2012.  On or before

4   October 27, 2012, the parties will advise the court whether a further stay is necessary.

5

6       IT IS SO ORDERED.

7   Dated:    7/26/2012                        /s/ John A. Mendez_____
                                               JOHN A. MENDEZ
8                                              United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Request for Extension of Stay of Further Proceedings and
                                                      Proposed Order