BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-CV-00477-JAM-DAD |
| Plaintiff, | |
| v. | REQUEST FOR EXTENSION OF STAY OF FURTHER PROCEEDINGS AND ORDER |
| VACANT LAND LOCATED IN FOREST RANCH, CALIFORNIA, BUTTE COUNTY, APN: 063-010-067-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, et al., | |
| Defendants. | |

The United States and Frances Toburen, Robb H. Cheal and Linda C. Barnes, Butte County Tax Collector (hereafter referred to collectively as "claimants") submit the following Request for Extension of Stay of Further Proceedings and Proposed Order.

This matter was previously stayed on June 11, 2012 and July 27, 2012 based on the on-going criminal case/investigation into marijuana cultivation at the defendant property. To date, several individuals have been charged with federal criminal crimes related to marijuana cultivation at the defendant property, *United States v. Robb*

*Cheal, et al.*, 2:12-CR-00185-JAM.

1. Each of the claimants has filed a claim and answer to the defendant property.

2. The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2), and 21 U.S.C. § 881(i). The United States contends that the defendant property was used to facilitate the cultivation of marijuana.

3. If discovery proceeds at this time, at least one of the claimants will be placed in the difficult position of either invoking their Fifth Amendment rights against self-incrimination and losing the ability to pursue their claims to the defendant property, or waiving their Fifth Amendment rights and submitting to a deposition and potentially incriminating themselves. If they invoke their Fifth Amendment rights, the United States will be deprived of the ability to explore the factual basis for the claims they filed with this court.

4. In addition, claimants intend to depose, among others, the agents involved with this investigation, including but not limited to the agents with the Drug Enforcement Administration. Allowing depositions of the law enforcement officers at this time would adversely affect the ability of the federal authorities to investigate the alleged underlying criminal conduct.

5. The parties recognize that proceeding with these actions at this time has potential adverse effects on the investigation of the underlying criminal conduct and/or upon the claimants' ability to prove their claim to the property and to assert any defenses to forfeiture. For these reasons, the parties jointly request that these matters be stayed until January 28, 2013, in accordance with the terms of this stipulation. At that time the parties will advise the court of the status of the criminal investigation, if

///
///
///
///

1  any, and will advise the court whether a further stay is necessary.

2  Dated: 10/26/12                         BENJAMIN B. WAGNER
                                           United States Attorney

4                           By:    /s/ Kevin C. Khasigian
                                   KEVIN C. KHASIGIAN
5                                  Assistant U.S. Attorney

7  Dated: 10/26/12                         /s/ Virginia Cale for
                                           KAREN GOODMAN
8                                          Attorney for Claimant Frances Toburen
                                           (Authorized by phone and email)

10 Dated: 10/25/12                         /s/ Bruce Alpert
                                           BRUCE ALPERT, County Counsel
11                                         Attorney for Claimant Linda C. Barnes,
                                           Butte County Tax Collector
12                                         (Signature retained by attorney)

14 Dated: 10/26/12                         /s/ John J. Feury
                                           JOHN J. FEURY
15                                         Attorney for Claimant Robb H. Cheal
                                           (Authorized by phone)

19                                **ORDER**

20     For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§
21 981(g)(1), 981(g)(2), and 21 U.S.C. § 881(i) until January 28, 2013.  On or before
22 January 28, 2013, the parties will advise the court whether a further stay is necessary.
23     IT IS SO ORDERED.

24 Dated: 10/26/2012                        /s/ John A. Mendez
                                            JOHN A. MENDEZ
25                                          United States District Court Judge